IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARNELL MC KENZIE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 15 C 8190 |
| | ) | |
| OFFICER TEAGUE | ) | JUDGE ALONSO |
|     et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**MOTION TO WITHDRAW**

Geri Lynn Yanow, Senior Counsel of the City of Chicago, respectfully requests this Honorable Court grant leave to withdraw the appearance of counsel, Geri Lynn Yanow as of February 1, 2016. In support of this motion, Geri Lynn Yanow states as follows:

1. Geri Lynn Yanow, the undersigned is retiring from her work as Senior Counsel of the City of Chicago and will no longer be supervising this matter.

2. As of February 1, 2016, the undersigned will no longer be an employee of the City of Chicago.

3. No prejudice will result by granting this motion.

4. This motion will not lead to any undue delay in this litigation.

**Wherefore**, the undersigned respectfully requests that this Court allow the withdrawal of Geri Lynn Yanow on February 1, 2016 as counsel for Officer Teague and Officer Stover.

                                  Respectfully submitted,

                                  /S/ GERI LYNN YANOW
                                  GERI LYNN YANOW
                                  Senior Assistant Corporation Counsel

30 N. LaSalle Street
Suites 900
Chicago, Illinois 60602
(312) 744-2837
(312) 744-6566 (FAX)
Attorney No.: 06198618

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have caused true and correct copies of the above and foregoing, **MOTION TO WITHDRAW** to be electronically delivered to the persons named in the foregoing Notice at the address therein shown, on this 27th day of January, 2016.


/S/ GERI LYNN YANOW
GERI LYNN YANOW